AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Western District of Pennsylvania

| | |
|---|---|
| United States of America<br>v.<br><br>ZACHARY BOSH<br><br>*Defendant(s)* | )<br>)<br>)  Case No.  Magistrate No. 20-413<br>)<br>)<br>)  **[UNDER SEAL]**<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __April 12, 2019__ in the county of __Fayette__ in the __Western__ District of __Pennsylvania__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2251(a) | Production of a Visual Depiction of a Minor Engaged in Sexually Explicit Conduct |
| 18 U.S.C. § 2252(a)(2) | Distribution of a Visual Depiction of a Minor Engaged in Sexually Explicit Conduct |

This criminal complaint is based on these facts:
Please see attached Affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Patrick J. Howley, Special Agent, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __02/28/2020__

_____
*Judge's signature*

City and state: __Pittsburgh, Pennsylvania__   Honorable Lisa Pupo Lenihan, U.S. Magistrate Judge
*Printed name and title*